IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM ROBERT STEWART | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 13-1106 |
| | : | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY | : : : | |

## ORDER

AND NOW, this 20th day of January, 2015, upon consideration of the "Plaintiff's Brief and Statement of Issues in Support of Request for Judicial Review" (Doc. 13), "Defendant's Response to Request for Review of Plaintiff" (Doc. 16), the Plaintiff's reply (Doc. 17), and the Report and Recommendation filed by Magistrate Judge Elizabeth T. Hey, and after careful and independent consideration, I conclude that the record reveals that the Commissioner's decision was not supported by substantial. Therefore, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. The final decision of the Commissioner is **REVERSED** for the purposes of this remand only and the relief sought by Plaintiff is **GRANTED** to the extent that the matter is **REMANDED** for further proceedings consistent with this adjudication;

3. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.